**ELECTRONIC RECORD**

*868-15*
*869-15*

COA #    11-13-00284-CR            OFFENSE: OTHER CRIMINAL

STYLE: **Marc Shawn Walden**
**v. The State of Texas**     COUNTY:  Brown

COA DISPOSITION:     AFFIRMED            TRIAL COURT: 35th District Court

DATE: 6/18/15            Publish: NO   TC CASE #:     CR21838

## IN THE COURT OF CRIMINAL APPEALS

STYLE: **Marc Shawn Walden v.**
**The State of Texas**        CCA #:  **PD-0868-15 ; 869-15**

_____ *PRO SE* _____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____*REFUSED*_____            JUDGE: _____

DATE: *10/14/2015*          SIGNED: _____        PC: _____

JUDGE: *Per Curiam*          PUBLISH: _____        DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____